### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DONALD DAMRON, | ) | CASE NO. 5: 14 CV 2372 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White.   The Report and Recommendation (ECF # 16), issued on September 3, 2015, is hereby ADOPTED by this Court.     Plaintiff sought review of the Commissioner's decision denying his claim for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423, and 1381, respectively.   The Magistrate found that the ALJ erred in failing to address Dr. Chaffee's opinion relating to Mr. Damron's use of his left upper extremity, and that this failure was not "harmless error" because it precluded the Court from conducting a meaningful appelklate review.   The Commissioner of Social Security did not object to the Magistrate's findings or

conclusions. The Court finds Magistrate Judge White's Report and Recommendation to be thorough, well-written, well-supported, and correct.

The Magistrate's Report and Recommendation fully and correctly addresses all of the Petitioner's claims, and the Respondent has offered no objections. This Court, therefore, adopts the Magistrate's Report in its entirety. The Commissioner's decision denying Plaintiff's applications for benefits is vacated the case is remanded for further consideration as directed by the Report and Recommendation. The case is terminated. IT IS SO ORDERED.


DONALD C. NUGENT
United States District Judge


DATED: November 17, 2015